**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Juanita G. Moore                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 17-15977 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                                  Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
18 Dec 2020, 13:55:54, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322