IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JUANITA G. MOORE ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| HYUNDAI LEASE TITLING TRUST ) | |
| **Moving Party** ) | Case No.: 17-15977 (MDC) |
| ) | |
| v. ) | **Hearing Date: 4-6-21 at 10:30 AM** |
| ) | |
| JUANITA G. MOORE ) | 11 U.S.C. 362 |
| **Respondents** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of Hyundai Lease Titling Trust, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2017 Hyundai Tucson** bearing vehicle identification number KM8J3CA21HU373089 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:   April 8, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE