United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15977-mdc |
| Juanita G. Moore | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 09, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juanita G. Moore, 5827 Florence Avenue, Philadelphia, PA 19143-4529 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 10 2021 02:12:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 10 2021 02:21:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 11, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2021 at the address(es) listed below:

**Name**    **Email Address**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2021 | Form ID: pdf900 | Total Noticed: 4 |

DAVID M. OFFEN
    on behalf of Debtor Juanita G. Moore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK
    on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Bank Of America  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

SHERRI J. SMITH
    on behalf of Creditor BANK OF AMERICA  N.A. ssmith@pincuslaw.com, pa.bkecf@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JUANITA G. MOORE ) | |
|     **Debtor** ) | |
| ) | CHAPTER 13 |
| HYUNDAI LEASE TITLING TRUST ) | |
|     **Moving Party** ) | Case No.: 17-15977 (MDC) |
| ) | |
| v. ) | **Hearing Date:  4-6-21 at 10:30 AM** |
| ) | |
| JUANITA G. MOORE ) | 11 U.S.C. 362 |
|     **Respondents** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|     **Trustee** ) | |
| ) | |
| ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Motion of Hyundai Lease Titling Trust, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2017 Hyundai Tucson** bearing vehicle identification number KM8J3CA21HU373089 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:   April 8, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE