United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                        Case No. 17-15977-mdc
Juanita G. Moore                                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                User: admin                                                Page 1 of 3
Date Rcvd: Apr 16, 2021                                      Form ID: 138NEW                                      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juanita G. Moore, 5827 Florence Avenue, Philadelphia, PA 19143-4529 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14570520 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13983495 | + | Bank Of America, N.A., c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14010553 | | Bank of America, PO BOX 31785, Tampa, FL, 33631-3785 |
| 14020060 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14017856 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14590131 | + | Hyundai Lease Titling Trust, c/o William E. Craig, Esq., 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |
| 13978259 | + | Jefferson Health, PO Box 8500-3100, Philadelphia, PA 19178-0001 |
| 13978261 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13978253 | | Email/Text: membersolutions@ardentcu.org | Apr 17 2021 03:31:00 | Ardent Federal Credit, 1500 Spring Garden St St, Philadelphia, PA 19130 |
| 14037934 | + | Email/Text: membersolutions@ardentcu.org | Apr 17 2021 03:31:00 | Ardent Federal Credit Union, 1500 Spring Garden St., Ste. 500, Philadelphia, PA 19130-4070 |
| 14059281 | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13978255 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:01:55 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 13978256 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13978257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 14042930 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 17 2021 03:37:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13978258 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 17 2021 03:37:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 13978260 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2021 03:31:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13979148 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:10:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14040447 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2021 03:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13978262 | + | Email/Text: bkdepartment@rtresolutions.com | Apr 17 2021 03:34:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 13978263 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:45 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13978264 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:22 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13978265 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:45 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 13978254 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

**Name**            **Email Address**
DAVID M. OFFEN
                    on behalf of Debtor Juanita G. Moore dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 29 |

    on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Bank Of America  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

SHERRI J. SMITH
    on behalf of Creditor BANK OF AMERICA  N.A. ssmith@pincuslaw.com, pa.bkecf@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Juanita G. Moore

    Debtor(s)

Bankruptcy No: 17−15977−mdc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 4/16/21

56 − 55
Form 138_new